EMERSON & MANKE, PLLC
ATTORNEYS AT LAW
1055 WHITNEY RANCH DRIVE, SUITE 120
HENDERSON, NEVADA 89014
TELEPHONE: (702) 384-9444 ❖ TELEFAX: (702) 384-9447

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) as subrogee of Helene Karp ) ) ) Plaintiff, ) ) vs. ) ) CHAR-BROIL DOES I-X; and ROE ) CORPORATIONS I-X, inclusive, ) ) Defendant. ) _____ ) | CIVIL ACTION NO. 2:15-cv-00662-APG-VCF  **STIPULATION AND ORDER TO AMEND COMPLAINT** |

1  IT IS HEREBY STIPULATED by and between the parties, through their respective designated counsel, that Plaintiff, *ALLSTATE INSURANCE COMPANY*, is hereby permitted to amend its Complaint to assert claims for breach of implied warranty of merchantability

…

and breach of implied warranty of fitness for a particular purpose.

DATED this  5th  day of June, 2015.

| EMERSON & MANKE, PLLC | SNELL & WILMER L.L.P. |
|---|---|
| /s/ Phillip R. Emerson | /s/ Joshua D. Cools |
| PHILLIP R. EMERSON, ESQ.<br>Nevada Bar No. 5940<br>1055 Whitney Ranch Drive, Suite 120<br>Henderson, Nevada 89014<br><br>Attorney for Plaintiff,<br>ALLSTATE INSURANCE COMPANY as subrogee of Helene Karp | JAY J. SCHUTTERT<br>Nevada Bar No. 8656<br>JOSHUA D. COOLS<br>Nevada Bar No. 11941<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br><br>James C. Clark, Jr.<br>(*Pro Hac Vice*)<br>Page, Scrantom, Sprouse, Tucker & Ford, P.C.<br>1111 Bay Avenue, Third Floor<br>Columbus, Georgia 31901<br><br>Attorneys for Defendant,<br>CHAR-BROIL, LLC |

### ORDER

The Stipulation to allow Plaintiff, *ALLSTATE INSURANCE COMPANY,* to amend its Complaint to assert claims for breach of implied warranty of merchantability and breach of implied warranty of fitness for a particular purpose is GRANTED.

IT IS HEREBY ORDERED this  8th  day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

EMERSON & MANKE, PLLC
ATTORNEYS AT LAW
1055 WHITNEY RANCH DRIVE, SUITE 120
HENDERSON, NEVADA 89014
TELEPHONE: (702) 384-9444   TELEFAX: (702) 384-9447

2