Jay J. Schuttert, Nevada Bar No. 8656
Joshua D. Cools, Nevada Bar No. 11941
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jschuttert@swlaw.com
Email: jcools@swlaw.com

James C. Clark, Jr. (*Pro Hac Vice*)
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor
Columbus, GA 31901
Telephone: (706) 324-0251
Facsimile:  (706) 243-0417
Email: jcc@psstf.com

Attorneys for Defendant/Third-Party Plaintiff
CHAR-BROIL, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, as subrogee of Helene Karp,<br><br>Plaintiff,<br><br>vs.<br><br>CHAR-BROIL; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00662-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CHAR-BROIL, LLC, a Georgia corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>RICHARDSON C-STORE CORP., a Nevada corporation; CEODEUX, INCORPORATED, a Delaware corporation; and ROTAREX, INC. NORTH AMERICA, a Delaware corporation,<br><br>Third-Party Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ALLSTATE INSURANCE COMPANY, as subrogee of Helene Karp, and Defendant/Third-Party Plaintiff

1  CHAR-BROIL, LLC; Third Party Defendant RICHARDSON C STORE; and Third-Party
2  Defendant ROTAREX NORTH AMERICA, INC. erroneously sued as CEODEUX
3  INCORPORATED and ROTAREX, INC. NORTH AMERICA, by and through their respective
4  counsel of record, that the above matter be dismissed in its entirety, with prejudice, each party to
5  bear their own costs and attorneys' fees.

6  DATED this __28th__ day of March, 2016.          DATED this __28th__ day of March, 2016.

7  SNELL & WILMER L.L.P.                            EMERSON & MANKE, PLLC

8
9  By: _____            By: /s/ Phillip R. Emerson
      Jay J. Schuttert, NV Bar No. 8656                  Phillip R. Emerson, NV Bar No. 5940
      Joshua D. Cools, NV Bar No. 11941                  1055 Whitney Ranch Drive, Suite 120
10    3883 Howard Hughes Pkwy., Ste. 1100                Henderson, NV 89014
      Las Vegas, NV 89169
11                                                  Attorneys for Plaintiff
   James C. Clark, Jr. (*Pro Hac Vice*)             ALLSTATE INSURANCE
12 Page, Scrantom, Sprouse,                         COMPANY as subrogee of
   Tucker & Ford, P.C.                              Helene Karp
13 1111 Bay Avenue, Third Floor
   Columbus, GA 31901
14
   Attorneys for Defendant/Third-Party
15 Plaintiff CHAR-BROIL, LLC

16

17    IT IS SO ORDERED.
      Dated this 29th day of March, 2016
18

19                                                  _____
                                                    Andrew P. Gordon
20                                                  United States District Judge

21
22
23
24
25
26
27
28

| | | |
|---|---|---|
|1| DATED this __28th__ day of March, 2016. | DATED this __28th__ day of March, 2016. |
|2| MURCHISON & CUMMING, LLP | LAW OFFICE OF KENNETH E. GOATES |
|3| | |
|4| By: /s/ Tyler N. Ure<br>Michael J. Nuñez, NV Bar No. 10703 | By: /s/ Reed J. Werner<br>Kenneth E. Goates, NV Bar No. 8087 |
|5| Tyler N. Ure, NV Bar No. 11730<br>6900 Westcliff Drive, Suite 605<br>Las Vegas, NV 89145 | Reed J. Werner, NV Bar No. 9221<br>3993 Howard Hughes Pkwy., Ste. 270<br>Las Vegas, NV 89169 |
|6| | |
|7| James W. Ozog, Esq. (*Pro Hac Vice*)<br>Goldberg Segalla LLP | Attorneys for Third Party Defendant<br>RICHARDSON C STORE |
|8| 311 South Wacker Drive, Suite 2450<br>Chicago, IL 60606 | |
|9| Attorneys for Third-Party Defendant<br>ROTAREX NORTH AMERICA, INC. | |
|10| erroneously sued as CEODEUX<br>INCORPORATED and ROTAREX, | |
|11| INC. NORTH AMERICA | |

19  Prepared and Submitted by:
    SNELL & WILMER L.L.P.

21  /s/ Joshua D. Cools

    Jay J. Schuttert, Nevada Bar No. 8656
22  Joshua D. Cools, Nevada Bar No. 11941
    3883 Howard Hughes Parkway, Suite 1100
23  Las Vegas, NV 89169

24  James C. Clark, Jr. (*Pro Hac Vice*)
    Page, Scrantom, Sprouse, Tucker & Ford, P.C.
25  1111 Bay Avenue, Third Floor
    Columbus, GA 31901
26
    Attorneys for Defendant/Third-Party Plaintiff
27  CHAR-BROIL, LLC

28  23655730